LINK:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | **CV 13-09430 BRO** | Date | April 21, 2015 |
|---|---|---|---|
| Title | **IN RE: NAMCO CAPITAL GROUP, INC.** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** |
|---|---|

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: PRETRIAL DOCUMENTS

The parties are currently scheduled to appear for a pretrial conference on Monday, April 27, 2015, at 3:00 p.m. (Dkt. No. 12 at 2.) In anticipation of this hearing, the parties were required to lodge a pretrial conference order by no later than April 13, 2015. (Dkt. No. 12 at 2.) To date, however, neither party has filed such an order. Accordingly, the parties are hereby **ORDERED** to lodge with the Court by **no later than Thursday, April 23, 2015, at 4:00 p.m.** either a pretrial conference order or a voluntary dismissal of this action. Failure by either party to comply with this order may result in sanctions.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |