STEVEN T. GUBNER – Bar No. 156593
RICHARD D. BURSTEIN – Bar No. 56661
ROBYN B. SOKOL – Bar No. 159506
RONALD P. ABRAMS – Bar No. 140438
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Emails: sgubner@ebg-law.com; rburstein@ebg-law.com;
rsokol@ebg-law.com; rabrams@ebg-law.com

Special Counsel for Plaintiff,
Bradley D. Sharp, Liquidating Trustee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>　　　　　　Debtor. | District Case No. 2:13-cv-09430-BRO<br><br>Bk. Case No. 2:08-bk-32333-BR<br><br>Chapter 11<br><br>Adv. Case No. 2:11-ap-01367-BR |
| BRADLEY D. SHARP, Liquidating Trustee,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>ENAYAT NAHAI, INDIVIDUALLY AND AS TRUSTEE OF THE NAHAI FAMILY TRUST,<br><br>　　　　　　Defendants. | **ORDER DISMISSING ADVERSARY PROCEEDING PURSUANT TO SETTLEMENT**<br><br>**Pre-Trial Conference:**<br>Date: April 27, 2015<br>Time: 3:00 p.m.<br>Place: Courtroom 14<br>　　　312 North Spring Street<br>　　　Los Angeles, CA 90012 |

1300226

1 | The Court, having reviewed the Notice of Settlement filed herein and pursuant
2 | to proceedings on April 27, 2015,

3 | It Is Hereby Ordered that the within Adversary Proceeding is dismissed with
4 | prejudice, all parties to bear their own fees and costs.  The Court retains jurisdiction to
5 | enforce the terms and provisions of the settlement.

6 | **IT IS SO ORDERED.**

8 | Dated:  May 6, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge

1300226